1 STEVEN G. KALAR
Kalar Law Office
2 1569 Solano Avenue #312
Berkeley CA 94707
3 Telephone:   (415) 295-4675
Facsimile:   (415) 338-9950
4 Email:          Steven@KalarLaw.com

5

6 Counsel for Defendant Skorochod

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,              **Case No.:** CR 20-00108 JD

13                    Plaintiff,          **MOTION AND STIPULATED
                                          [PROPOSED] ORDER VACATING
14          v.                            HEARING AND SETTING DATE FOR
                                          CHANGE OF PLEA**
15 LEIF SKOROCHOD,

16                    Defendant.

17

18        The defendant Leif Skorochod is currently in custody. Mr. Skorochod is scheduled to appear

19 with his co-defendants in the above-entitled case for a status appearance on Monday, November 15,

20 2021 at 10:30 a.m.

21        In this stipulated motion and order, the parties represent that Mr. Skorochod has agreed to a

22 disposition in this matter. The government will be providing the plea agreement to the Court within

23 the next two weeks, for its consideration before a change of plea.

24        In light of this disposition, the parties jointly request that Mr. Skorochod's appearance for

25 November 15, 2021, be vacated. The parties further request that the matter be added to the Court's

26 next available date for a change of plea, on Monday December 20, 2021 at 10:30 a.m.

27 //

28 //

1   The parties also request that the change of plea proceed by way of teleconference.

2

3   Dated:      November 5, 2021                    IT IS SO STIPULATED.

4                                                  STEVEN G. KALAR
5                                                  Kalar Law Office

6                                                  _____/S_____
                                                   Counsel for Leif Skorochod
7

8

9   Dated:    November 5, 2021

10                                                 STEPHANIE HINDS
                                                   Acting United States Attorney
11
                                                   _____/s with permission_____
12                                                 DAVID WARD
                                                   Assistant United States Attorney
13
    Dated:    November 5, 2021
14

15                                                 STEPHANIE HINDS
                                                   Acting United States Attorney
16
                                                   _____/s with permission_____
17                                                 BARBARA VALLIERE
                                                   Assistant United States Attorney
18

19        For good cause shown, the Court vacates Mr. Skorochod's status appearance now scheduled for

20  November 15, 2021. The matter shall be added to the Court's calendar on Monday, December 20, 2021

21  at 10:30 a.m. for a change of plea, via a videoconference. The government shall provide the Court with

22  the plea agreement for its consideration no later than one week before the change of plea.

23  IT IS SO ORDERED.

24   Dated:  November 10, 2021

25                                                 JAMES DONATO
                                                   United States District Judge
26

27                                                 _____
                                                   NORTHERN DISTRICT OF CALIFORNIA
28

STIPULATED [PROPOSED] ORDER VACATING HEARING, SETTING CHANGE OF PLEA
*SKOROCHOD*, CR 20-00108 JD