1  STEVEN G. KALAR
   Kalar Law Office
2  1569 Solano Avenue #312
   Berkeley CA 94707
3  Telephone:   (415) 295-4675
   Facsimile:   (415) 338-9950
4  Email:       Steven@KalarLaw.com

5

6  Counsel for Defendant Skorochod

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        | Case No.: CR 20-00108 JD
13 |         Plaintiff,               | **MOTION AND STIPULATED**
   |                                  | **[PROPOSED] ORDER RESCHEDULING**
14 |     v.                           | **CHANGE OF PLEA**
15 | LEIF SKOROCHOD,                  |
16 |         Defendant.               |
17 |                                  |

18     The defendant Leif Skorochod is currently in custody. In this stipulated order, counsel

19 represent that they have been informed by the United States Marshal's office that Mr. Skorochod is

20 currently under COVID-19 quarantine at Santa Rita Jail. Because he is under quarantine, Mr.

21 Skorochod cannot be transported to court for the scheduled change of plea on Monday, January 10,

22 2022.

23     The parties therefore jointly request that the change of plea scheduled for January 10, 2022 be

24 vacated. The parties ask that the matter be added to the Court's calendar on Monday, February 14,

25 2022 at 10:30 a.m. for change of plea. The parties jointly recommend exclusion of time under the

26 //

27 //

28 //

Speedy Trial Act due to the unavailability of the defendant.

Dated: January 7, 2022

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

/s
Counsel for Leif Skorochod

Dated: January 7, 2022

STEPHANIE HINDS
United States Attorney

/s with permission
DAVID WARD
Assistant United States Attorney

Dated: January 7, 2022

STEPHANIE HINDS
Acting United States Attorney

/s with permission
BARBARA VALLIERE
Assistant United States Attorney

For good cause shown the hearing on January 10, 2022 is vacated. The matter shall be added to the Court's calendar on Monday, February 14, 2022 at 10:30 a.m. for change of plea. Time shall be excluded under the Speedy Trial Act until February 14, 2022 due to the unavailability of the defendant.

IT IS SO ORDERED.

Dated: January 10, 2022

JAMES DONATO
United States District Judge

NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [PROPOSED] ORDER VACATING HEARING, SETTING CHANGE OF PLEA
*SKOROCHOD*, CR 20-00108 JD

2