STEVEN G. KALAR
Kalar Law Office
1569 Solano Avenue #312
Berkeley CA 94707
Telephone: (415) 295-4675
Facsimile: (415) 338-9950
Email: Steven@KalarLaw.com

Counsel for Defendant Skorochod

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20-00108 JD |
|---|---|
| Plaintiff, | **MOTION AND STIPULATED [PROPOSED] ORDER RESCHEDULING SENTENCING** |
| v. | |
| LEIF SKOROCHOD, | |
| Defendant. | |

The defendant Leif Skorochod is currently in custody in Santa Rita Jail. Mr. Skorochod was originally scheduled to be sentenced on May 23, 2022. Unfortunately, because Mr. Skorochod's housing unit was under a COVID quarantine on that date he could not be brought into court. That quarantine has since been lifted.

//
//
//
//
//
//
//

The parties therefore jointly request that the matter be added to the Court's calendar on Monday, June 13, 2022 at 10:30 a.m. for sentencing.

Dated:   January 7, 2022

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/s_____
Counsel for Leif Skorochod

Dated:   January 7, 2022

STEPHANIE HINDS
United States Attorney

___/s with permission___
DAVID WARD
Assistant United States Attorney

Dated:   January 7, 2022

STEPHANIE HINDS
United States Attorney

___/s with permission___
BARBARA VALLIERE
Assistant United States Attorney

For good cause shown the hearing on January 10, 2022 is vacated. The matter shall be added to the Court's calendar on Monday, June 13, 2022 at 10:30 a.m. for sentencing.

IT IS SO ORDERED.

Dated: June 9, 2022

JAMES DONATO
United States District Judge

NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [PROPOSED] ORDER SETTING SENTENCING HEARING
*SKOROCHOD*, CR 20-00108 JD

2