```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  BARBARA J. VALLIERE (DCBN 439353)
    DAVID J. WARD (239504)
 5  Assistant United States Attorney

 6      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 7      Telephone: (415) 436-7200
        Fax: (415) 436-7234
 8      barbara.valliere@usdoj.gov

 9  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEIF SKOROCHOD, <br><br> Defendant. | CASE NO. CR 20-108-7 JD <br><br> **STIPULATION REGARDING RESTITUTION AND [PROPOSED] ORDER** <br><br> Court:   Hon. James Donato |

Defendant, Leif Skorochod, and the United States agree and stipulate as follows:

Pursuant to 18 U.S.C. § 3663A and defendant's plea agreement, defendant agrees to pay restitution in the total amount of $135,838.05.

The total loan amount includes $6019.50 to California Mortgage Advisors for time spent unraveling the fraudulent loan and for lost broker's fees associated with the fraudulent loan taken out in the names of Identity Theft Victim N.S.  Codefendants Mark Hicks, Demarcus Hicks, and Dionysius Costello are jointly responsible for this debt.

The total restitution amount includes $35,000.00 to Coast to Coast lending Group for time spent on unraveling the fraud and lost earning potential involving the fraudulent loan taken out in the names of Identity Theft Victims D.R. and C.R.   Codefendants Mark Hicks, Demarcus Hicks, Dionysius Costello,

STIPULATION RE: RESTITUTION AND [PROPOSED] ORDER
CR 20-108 JD

and Susan Arreola-Martin are jointly responsible for this debt.

The total restitution amount also includes $94,818.55 to Real Advantage Title Insurance Company for reimbursement for the losses associated with the fraudulent loan taken out in the names of Identity Theft Victims D.R. and C.R. Codefendants Mark Hicks, Demarcus Hicks, Dionysius Costello, and Susan Arreola-Martin are jointly responsible for this debt.

Under 18 U.S.C. § 3664(j)(1), if a third party provides compensation to a victim of an offense, "the restitution order shall provide that all restitution of victims required by the order be paid to the victims before any restitution is paid to such a provider of compensation." For this reason, the parties request that the Court order that no restitution payment shall go to the insurer until the other victims have been full repaid.

The specific amounts per each victim are listed on the attached table, and the parties request that the Court order restitution in the amounts reflected on that table.

**IT IS SO AGREED AND STIPULATED.**

DATED: August 25, 2022

*Barbara J Valliere*
BARBARA J. VALLIERE
Assistant United States Attorney

  /s/ Steve Kalar (with permission)
STEVEN KALAR
Attorney for Defendant Leif Skorochod

STIPULATION RE: RESTITUTION AND [PROPOSED] ORDER
CR 20-108 JD

## [PROPOSED] RESTITUTION ORDER

Pursuant 18 U.S.C. § 3663A, defendant is ordered to pay $135,838.05 in restitution as part of the final judgment in this case.  The Court finds that this is the amount of money that the victims lost as a result of defendant's scheme to defraud for which she has been convicted, and the Court finds that these losses were proximately caused by the scheme to defraud.

The Court orders that restitution be awarded to each victim in the amounts reflected on the attached table.  As required by 18 U.S.C. § 3664(j)(1), no restitution payment shall be made to the three insurer (Real Advantage Title Insurance Company) until defendant has paid the entirety of the restitution owed to the other victims.

**IT IS SO ORDERED.**

DATED: August 29, 2022

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

*United States v. Leif Skorochod*, 20-CR-108-7 JD
Restitution Chart

| Name of payee | Restitution | Defendants Responsible |
| --- | --- | --- |
| California Mortgage Advisors<br>4304 Redwood Highway Ste 100<br>San Rafael CA 94903 | $6019.50 | Mark Hicks,<br>Demarcus Hicks,<br>Dionysius Costello<br>Leif Skorochod |
| Coast to Coast Lending Group, Inc.<br>27129 Calle Arroyo, Suite 1801<br>San Juan Capistrano CA | $35,000.00 | Mark Hicks,<br>Demarcus Hicks,<br>Dionysius Costello<br>Susan Arreola-Martin<br>Leif Skorochod |
| Real Advantage Title Insurance Company<br>1551 N. Tustin Ave. Suite 300<br>Santa Ana, CA 92705 | $94,818.55 | Mark Hicks,<br>Demarcus Hicks,<br>Dionysius Costello<br>Susan Arreola-Martin<br>Leif Skorochod |
| Total | $135,838.05 | |