STEVEN G. KALAR
Kalar Law Office
1569 Solano Avenue #312
Berkeley CA 94707
Telephone:   (415) 295-4675
Facsimile:   (415) 338-9950
Email:       Steven@KalarLaw.com

Counsel for Defendant Skorochod

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEIF SKOROCHOD,<br><br>    Defendant. | Case No.: 03:20 CR 00108-007 JD<br><br>**STIPULATED [PROPOSED] ORDER SETTING HEARING FOR ADMISSION OF FORM 12 AND SENTENCING** |

 Defendant Leif Skorochod was scheduled to appear before the Court on Monday, September 15, 2025 regarding allegations of violations of pretrial release. Due to health issues the United States Marshal was unable to transport Mr. Skorochod to court.

 The parties accordingly jointly request that the matter be added to the Court's calendar for Monday, September 29, 2025 at 10:30 a.m. The Probation Officer assigned to this case is available on that date.

 The parties have arrived at a proposed disposition. At the hearing on September 29, the defendant will admit the allegations in the Form 12 filed June 26, 2026. The parties and Probation will then jointly be recommending a custodial term of two months, with termination of supervision at the end of the custodial term.

For good cause shown this matter is added to the Court's calendar on Monday, September 29, 2025 for resolution of the Form 12 allegations.

Dated:   September 16, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Leif Skorochod

Dated:   September 16, 2025

CRAIG MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
DAVID WARD
Assistant United States Attorney

IT IS SO ORDERED.

Dated: September 17, 2025

_____
JAMES DONATO
United States District Judge
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [PROPOSED] ORDER RE: FORM 12 HEARING
*SKOROCHOD*, CR 03:20 CR 00108-007 JD

2